```
F I L E D
   AUG - 2 2013
CLERK, U.S. DISTRICT COURT
     RICHMOND, VA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---

PHILANDER M. COOPER, Administrator of the
Estate of SYRITTA R. COOPER, Deceased,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Civil No.: 3:12-CV-00648

---

## FINAL ORDER APPROVING CONSENT MOTION TO APPROVE COMPROMISE SETTLEMENT PURSUANT TO VIRGINIA CODE § 8.01-55

THIS MATTER came before the Court for hearing on Friday, August 2, 2013, pursuant to the Plaintiff's Consent Motion to Approve Compromise Settlement Pursuant to Virginia Code § 8.01-55, as amended.

WHEREUPON, the Court found that all interested parties required by law to be convened were convened in person or by their representatives, and received proper and timely notice of the hearing to approve the compromise settlement.

WHEREUPON, the Court reviewed the pleadings filed in this action, heard *ore tenus* testimony and the representations of counsel regarding this matter.

WHEREFORE, based upon the foregoing, it appearing to the Court that the relief prayed for should be granted, it hereby is ADJUDGED and ORDERED as follows:

    1.    The proposed settlement of this claim is hereby ratified and approved.

    2.    The United States of America is hereby is RELEASED and DISCHARGED from any and all liability arising out of the cause of action set forth in this matter;

3. Distribution of the total settlement proceeds consisting of cash and periodic payments having a present value of Three Hundred Thousand Dollars ($300,000.00) shall be made as follows:

| | | |
|---|---|---:|
| a. | To the law firm of Cantor Stoneburner Ford Grana and Buckner and CowanGates, PC for costs incurred in the prosecution of this matter | $ 42,000.00 |
| b. | To the law firm of Cantor Stoneburner Ford Grana and Bucker and CowanGates, PC for legal fees for their representation of the Estate in this cause (25% pursuant to 28 U.S.C. § 2678) | $ 75,000.00 |
| c. | To Philander M. Cooper | $ 64,000.00 |
| d. | To Pacific Life Insurance Company (purchasing an annuity for the benefit of Maurice Supreme Cooper – to be paid out pursuant to the attached Addendum) | $ 64,000.00 |
| e. | To The Commonwealth of Virginia on behalf of VCU Health System and MCV Physicians in full satisfaction of all outstanding liens<br>- Commonwealth of Virginia: $51,400.00<br>- MCV Physicians: $3,600.00 | $ 55,000.00 |
| | TOTAL: | $ 300,000.00 |

Upon payment to the Commonwealth of Virginia on behalf of VCU Health System and to MCV Physicians of the amounts detailed herein, any liens arising from medical care provided to Syritta R. Collins Cooper shall be deemed fully satisfied and compromised in full.

Based on the foregoing and the representations of the parties that this matter is resolved among all parties, it is further is ORDERED that this action be and hereby is DISMISSED AGREED, WITH PREJUDICE.

2

The Clerk of Court is instructed to furnish forthwith a certified copy of this Order to all counsel of record and, there remaining nothing further to be decided in this action, to strike this matter from the docket of the Court and to place the Court's file in this action with those causes ended.

ENTERED this 2nd day of August, 2013.

/s/
John A. Gibney, Jr.
United States District Judge

WE ASK FOR THIS:

Stephanie E. Grana
VSB No. 35736
Cantor Stoneburner Ford Grana & Buckner
Suite 400
7130 Glen Forest Drive
Richmond, Virginia 23218
Telephone: (804) 343-4372
Facsimile: (804) 644-9205
E-Mail: sgrana@virginiatrialfirm.com

*Counsel for Plaintiff*

Philander M. Cooper,
Administrator of the Estate of Syritta R. Cooper, Deceased

*Plaintiff*

D. Brooks Hundley
VSB No. 44184
Hundley & Johnson, P.C.
5501 Staples Mill Road
Richmond, Virginia 23228

3

Telephone: (804) 262-9000
Facsimile: (804) 264-0496
E-Mail: dbhundley@aol.com

*Gaurdian Ad Litem for Maurice Supreme Cooper*

_____
Jonathan H. Hambrick, ESquire
VSB No. 37590
Office of the United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219-2430
Telephone:   (804) 819-5400
Facsimile:   (804) 819-7417
E-Mail: jay.h.hambrick@usdoj.gov

*Counsel for Defendant* , Seen,

_____
~~Rodolfo Rubio, Assistant Attorney General~~
Christine Harris-Lipford, Assistant Attorney General (31923 VSB)
Office of the Attorney General for the Commonwealth of Virginia
Division of Debt Collection
900 East Main Street
Richmond, Virginia 23219
Telephone:   (804) 786-1162
Facsimile:   (804) 786-4839
E-Mail: rremigio@oag.state.va.us
        charris-lipford@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

_____Waived by non-appearance_____
Terri Parmer Rositch
Sherrie Melton
VCU Health System/MCV Physicians
1601 Willow Lawn Drive, Suite 275
Richmond, Virginia 23230
Telephone:   (804) 342-1397
Facsimile:   (804) 342-1381
E-Mail: trositch@mcvh-vcu.edu
        smelton@mcvh-vcu.edu

*Counsel for VCU Health System/MCV Physicians*